IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GISELLE N. HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-19-066-BMJ |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administrator, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Bernard M. Jones (Doc. No. 5). On two occasions Judge Jones ordered Plaintiff to cure deficiencies in her Application to Proceed in Forma Pauperis (Doc. No. 2), but she failed to respond to either. As a result of Plaintiff's failure to respond, Judge Jones recommended that this action be dismissed without prejudice. Plaintiff did not respond to the Report and Recommendation within the time limits prescribed therein nor did she seek an extension of time in which to object. In light of Plaintiff's failure to object, the Report and Recommendation is hereby ADOPTED in its ENTIRETY and this action is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED** this 9th day of April 2019.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE